Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Cajota Contracting, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-0440950 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 10436 Johnstons Lane | 1239 Cyan Ln. |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Irwin                    PA     15642 | Irwin                    PA     15642 |
| City                        State      ZIP Code | City                        State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Westmoreland County | |
| County | Number        Street |
| | |
| | City                        State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://www.cajota.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Cajota Contracting, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

238320

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Cajota Contracting, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
              Number      Street

_____

_____
      City          State     ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Cajota Contracting, LLC
Name _____    Case number (if known)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/16/2025
MM / DD / YYYY

✘ /s/ Richard Stumme                    Richard Stumme
Signature of authorized representative of debtor    Printed name

Title Member

**18. Signature of attorney**

✘ /s/ David Fuchs                    Date 05/16/2025
Signature of attorney for debtor         MM / DD / YYYY

David Fuchs
Printed name
Fuchs Law Office, LLC
Firm name
554 Washington Avenue
Number        Street
Carnegie                    PA        15106
City                        State      ZIP Code
4122235404                  dfuchs@fuchslawoffice.com
Contact phone               Email address

205694                      PA
Bar number                  State

---

**Fill in this information to identify the case:**

Debtor name _____ Cajota Contracting, LLC _____

United States Bankruptcy Court for the: Western District of Pennsylvania

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ........................................................................ $ _____ 467,569.41

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .......................................................................... $ _____ 467,569.41

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ _____ 105,545.90

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ $ _____ 88,322.79

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................. +$ _____ 660,469.46

4. **Total liabilities** .......................................................................................................... $ _____ 854,338.15
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Cajota Contracting, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lendini 3220 Tillman Drive Suite 200 Bensalem, PA, 19020 | | Monies Loaned / Advanced | Disputed | | | 216,666.80 |
| 2 | E Advance Services, LLC 370 Lexington Ave. Suite 801 New York, NY, 10017 | | Monies Loaned / Advanced | Disputed | | | 108,790.00 |
| 3 | Cromwell Capital LLC 398 E. Dania Beach Blvd #297 Dania, FL, 33004 | | Monies Loaned / Advanced | Disputed | | | 76,961.55 |
| 4 | Velocity Capital Group 333 Pearsall Ave. Suite 105 Cedarhurst, NY, 11516 | | Monies Loaned / Advanced | Disputed | | | 73,920.00 |
| 5 | Internal Revenue Servcie PO Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 68,100.00 |
| 6 | Foundation Building Materials PO Box 744398 Atlanta, GA, 30374 | | Suppliers or Vendors | | | | 55,493.52 |
| 7 | Ryan General Construction 355 Lincoln Highway Suite 16 North Versailles, PA, 15137 | | Services | | | | 33,500.00 |
| 8 | Interior Supply 481 E 11th Ave. Columbus, OH, 43211 | | Suppliers or Vendors | | | | 19,218.05 |

Debtor      Cajota Contracting, LLC
            _____
            Name

                                        Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sherwin Williams 646 E. Pittsburgh St. Greensburg, PA, 15601 | | Suppliers or Vendors | | | | 19,021.04 |
| 10 | Commonwealth of PA Department of Labor and Industry 651 Boss Street Harrisburg, PA, 17121 | | Taxes & Other Government Units | | | | 15,612.79 |
| 11 | UPMC Health Plan PO Box 371842 Pittsburgh, PA, 15250 | | Insurance | | | | 11,168.28 |
| 12 | Sunbelt Rentals PO Box 409211 Atlanta, GA, 30384 | | Services | | | | 9,035.71 |
| 13 | Home Depot PO Box 7032 Sioux Falls, SD, 57117-7032 | | Credit Card Debt | | | | 8,212.72 |
| 14 | Mithell General Contracting 1845 Binkerton Road Greensburg, PA, 15601 | | Services | | | | 6,507.81 |
| 15 | Timbers Building Co 2101 Ardmore Blvd. Pittsburgh, PA, 15221 | | Suppliers or Vendors | | | | 5,662.28 |
| 16 | Hilti Inc. 1596 Cochran Rd. Pittsburgh, PA, 15220 | | Suppliers or Vendors | | | | 4,856.81 |
| 17 | Pennsylvania Department of Revenue Po Box 280406 Harrisburg, PA, 17128 | | Taxes & Other Government Units | | | | 4,610.00 |
| 18 | Capital One PO Box 71083 Charlotte, NC, 28272 | | Credit Card Debt | | | | 4,232.86 |
| 19 | Davis Fetch Corp 743 Ross Ave. Pittsburgh, PA, 15221 | | | | | | 3,889.45 |
| 20 | Color Palette 290 S. Euclid Ave Pittsburgh, PA, 15206 | | Suppliers or Vendors | | | | 1,294.53 |

**Fill in this information to identify the case:**

Debtor name ___Cajota Contracting, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvan___ia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | First National Bank | Savings | ___ ___ ___ ___ | $ 520.00 |
| 3.2. | See continuation sheet | | ___ ___ ___ ___ | $ 27,232.70 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $ _____ |
|---|---|---|
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**    $ 27,752.70

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| 7.1. | _____ | $ _____ |
|---|---|---|
| 7.2. | _____ | $ _____ |

Debtor    Cajota Contracting, LLC    Case number *(if known)*_____
                Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 168,048.35 | − | 0.00 | = ........ ➡ | $ 168,048.35 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 42,018.36 | − | 0.00 | = ........ ➡ | $ 42,018.36 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 210,066.71

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 2

| Debtor | Cajota Contracting, LLC | Case number *(if known)* _____ |
|--------|--------------------------|---------------------------------------------------|
|        | Name |  |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 19. **Raw materials** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Paint and general inventory | ___ MM / DD / YYYY | $_____ | _____ | 10,000.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 10,000.00

24. **Is any of the property listed in Part 5 perishable?**
   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor      Cajota Contracting, LLC
_____    Case number *(if known)*_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Computers, desks, tables, chairs and office furniture | $_____ | _____ | $ 7,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 7,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Cajota Contracting, LLC
Name
_____
Case number (if known)_____

---

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  2024 Chevy Van | $_____ | _____ | $ 45,000.00 |
| 47.2  2022 Cornelius Trailer | $_____ | _____ | $ 5,000.00 |
| 47.3  2019 Ford F250 Truck | $_____ | _____ | $ 15,000.00 |
| 47.4  See continuation sheet | $ 0.00 | _____ | $ 73,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1  _____ | $_____ | _____ | $_____ |
| 48.2  _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1  _____ | $_____ | _____ | $_____ |
| 49.2  _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | _____ | $ 24,750.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 162,750.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Cajota Contracting, LLC
_____
Name

Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Lease of business premises at 10436 Johnstons Lane, North Huntingdon, PA | Lease | $ 0.00 | | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

Debtor   Cajota Contracting, LLC
_____
Name

Case number (if known)_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

_____   0.00 — 0.00  = ➡  $ 0.00
Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

General tools   $ 50,000.00

_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 50,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____    Case number _(if known)_____
        Cajota Contracting, LLC
        Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 27,752.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 210,066.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 162,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 50,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 467,569.41  91b. | + $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .....................................................    467,569.41    $ 467,569.41

| Debtor 1 | Cajota Contracting, LLC | | Case number (if known)_____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| First National Bank | Checking | |
| Balance: 27,190.70 | | |
| First National Bank | Checking | |
| Balance: 42.00 | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2011 Americana Trailer | | | 3,000.00 |
| 2018 E350 Ford Box Truck | | | 10,000.00 |
| 2014 Chevy Cargo VAn | | | 2,500.00 |
| 2023 Ford F150 Truck | | | 37,500.00 |
| 2020 Ford F150 Truck | | | 20,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Mustang Skid Steer Loader | | | 7,500.00 |
| Graco 1095 Sprayer | | | 1,750.00 |
| Van Mark Brake | | | 2,000.00 |
| Graco 1595 Sprayer | | | 2,000.00 |
| Graco 795 Sprayer | | | 1,500.00 |
| 19' JLG T932 Scissor Lift | | | 2,000.00 |
| 16" Grind n' Go Floor Grinder | | | 500.00 |
| 1999 JLG 600s Boom Lift | | | 7,500.00 |

2:14 PM
05/16/25

## Cajota Contracting LLC
### A/R Aging Summary
### As of May 16, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Acct. Adj | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Artech Group LLC | | | | | | |
| 24098 Innomotics Phase 2 HVI (AREA 1-2-3) | 22,066.18 | 0.00 | 0.00 | 0.00 | 0.00 | 22,066.18 |
| 24098 Innomotics Phase 2 HVI SUPERVISION | 2,550.00 | 5,100.00 | 0.00 | 0.00 | 0.00 | 7,650.00 |
| 25007 YMCA Ligonier | 2,217.41 | 0.00 | 0.00 | 0.00 | 0.00 | 2,217.41 |
| 25011 Innomotics - HV 2 Breakroom | 1,116.68 | 0.00 | 0.00 | 8,850.00 | 0.00 | 9,966.68 |
| 25022 Indep Health LAH-4th Floor Reno | 8,640.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,640.00 |
| 25026 Norwin Hills Signage | 0.00 | 1,395.00 | 0.00 | 0.00 | 0.00 | 1,395.00 |
| Total Artech Group LLC | 36,590.27 | 6,495.00 | 0.00 | 8,850.00 | 0.00 | 51,935.27 |
| ASAP Contracting | | | | | | |
| 22030 Tuscan Sun Spa | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total ASAP Contracting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bella Construction Inc. | | | | | | |
| 25012 The Parkline Apartments Unit # 404 2BR | 0.00 | 3,300.00 | 0.00 | 0.00 | 0.00 | 3,300.00 |
| Total 25012 The Parkline Apartments | 0.00 | 3,300.00 | 0.00 | 0.00 | 0.00 | 3,300.00 |
| Total Bella Construction Inc. | 0.00 | 3,300.00 | 0.00 | 0.00 | 0.00 | 3,300.00 |
| BMS CAT of Pennsylvania LLC | | | | | | |
| 24126 Deering Residence | 4,180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,180.00 |
| 24142 Ziegler Residence | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 520.00 |
| 25037 Kelley Residence | 3,970.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,970.00 |
| 25047 E. Pittsburgh St 116 | 3,151.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,151.00 |
| 25049 Delligatti Residence | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| 25050 Mogus Door | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 25051 Grzybek Res | 360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 |
| 25052 Landay Residence | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 |
| 25053 Reynolds Residence | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| Total BMS CAT of Pennsylvania LLC | 14,061.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,061.00 |
| DeNinno Architects | | | | | | |
| 24105 Sunnyside Hazelwood 5506 | 0.00 | 12,000.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| Total DeNinno Architects | 0.00 | 12,000.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| Girard Estates | | | | | | |
| 25004 Mercer CAO Concrete Removal and Replacement | 21,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,150.00 |
| Total 25004 Mercer CAO | 21,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,150.00 |
| Total Girard Estates | 21,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,150.00 |
| Haas, Fred & Nalle | | | | | | |
| 25042 Interior Painting 2025 | 0.00 | 0.00 | 511.00 | 0.00 | 0.00 | 511.00 |
| Total Haas, Fred & Nalle | 0.00 | 0.00 | 511.00 | 0.00 | 0.00 | 511.00 |
| JessieCo Inc | | | | | | |
| 25032 Bennett Residence | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| Total JessieCo Inc | 600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 |
| JLM Construction Services LLC | | | | | | |
| 25015 Cornerstone Care Waynesburg | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25033 Manor Oak II 9th Floor Renovation | 0.00 | 70,967.08 | 0.00 | 0.00 | 0.00 | 70,967.08 |
| Total JLM Construction Services LLC | 0.00 | 70,967.08 | 0.00 | 0.00 | 0.00 | 70,967.08 |

2:14 PM
05/16/25

## Cajota Contracting LLC
## A/R Aging Summary
### As of May 16, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Masco Construction Company, Inc** | | | | | | |
| 25027 Rose Plastics Soffit Repair 2025 | 0.00 | 0.00 | 4,235.00 | 0.00 | 0.00 | 4,235.00 |
| **Total Masco Construction Company, Inc** | 0.00 | 0.00 | 4,235.00 | 0.00 | 0.00 | 4,235.00 |
| **Shorf Construction LLC** | | | | | | |
| 23013 Forbes Ave 3717 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24039 Spirit Life Extra Work | 0.00 | 0.00 | 0.00 | 0.00 | 10,494.50 | 10,494.50 |
| **Total Shorf Construction LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 10,494.50 | 10,494.50 |
| **Silberg, Mark** | | | | | | |
| 23111 Interior Drywall Repair/ Painting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Silberg, Mark** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Sovereign Development** | | | | | | |
| 24061 Landlord Work | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.00 | 1,125.00 |
| **Total Sovereign Development** | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.00 | 1,125.00 |
| **Timbers Building Company** | | | | | | |
| 23014 Many More Asian Market | 0.00 | 0.00 | 0.00 | 0.00 | 13,281.61 | 13,281.61 |
| 23084 Watt Fuel | 0.00 | 0.00 | -10,000.00 | 0.00 | 17,117.25 | 7,117.25 |
| **Total Timbers Building Company** | 0.00 | 0.00 | -10,000.00 | 0.00 | 30,398.86 | 20,398.86 |
| **Washington Wild Things** | | | | | | |
| 25035 Exterior Painting | 0.00 | 1,920.00 | 0.00 | 0.00 | 0.00 | 1,920.00 |
| **Total Washington Wild Things** | 0.00 | 1,920.00 | 0.00 | 0.00 | 0.00 | 1,920.00 |
| **TOTAL** | 72,401.27 | 94,682.08 | -5,254.00 | 8,650.00 | 42,018.36 | 212,697.71 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Cajota Contracting, LLC |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1.  Do any creditors have claims secured by debtor's property?**

☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐  Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

**2.  List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>2023 Ford F150 Truck | $ 40,044.03 | $ 37,500.00 |

**Creditor's mailing address**

Payment Processing Center
PO Box 9001951, Louisville, KY 40290

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>2024 Chevy Van | $56,991.45 | $45,000.00 |

**Creditor's mailing address**
Payment Processing Center
PO Box 9001951, Louisville, KY 40290

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 105,545.90

Debtor    Cajota Contracting, LLC _____    Case number (if known)_____
              Name

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**   Creditor's name
          Ford Motor Credit
          _____

          **Creditor's mailing address**

          PO Box 220564
          _____
          Pittsburgh, PA 15257
          _____

          **Creditor's email address, if known**

          _____

          **Date debt was incurred**    _____

          **Last 4 digits of account number**    _____

          **Do multiple creditors have an interest in the same property?**
          ☑ No
          ☐ Yes. Have you already specified the relative priority?
             ☐ No. Specify each creditor, including this creditor, and its relative priority.

             _____

             ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F150 Truck

    $8,510.42         $20,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___**   Creditor's name
          _____

          **Creditor's mailing address**

          _____
          _____

          **Creditor's email address, if known**

          _____

          **Date debt was incurred**    _____

          **Last 4 digits of account number**    _____

          **Do multiple creditors have an interest in the same property?**
          ☐ No
          ☐ Yes. Have you already specified the relative priority?
             ☐ No. Specify each creditor, including this creditor, and its relative priority.

             _____

             ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

    $_____      $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____Cajota Contracting, LLC_____     Case number (if known)_____
           Name

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Cajota Contracting, LLC_____

United States Bankruptcy Court for the: _____Western District of Pennsylvania_____

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Commonwealth of PA Department of Labor and Industry
651 Boss Street
Harrisburg, PA 17121

As of the petition filing date, the claim is: $ 15,612.79    $ 15,612.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

**2.2** | Priority creditor's name and mailing address
Internal Revenue Servcie
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $ 68,100.00    $ 68,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
2025

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

**2.3** | Priority creditor's name and mailing address
Pennsylvania Department of Revenue
Po Box 280406
Harrisburg, PA 17128

As of the petition filing date, the claim is: $ 4,610.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
2025

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

Debtor    Sajota Contracting, LLC
         Name

Case number (*if known*)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Capital One
PO Box 71083
Charlotte, NC 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 4,232.86

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
Color Palette
290 S. Euclid Ave
Pittsburgh, PA 15206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,294.53

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Cromwell Capital LLC
398 E. Dania Beach Blvd
#297
Dania, FL 33004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

$ 76,961.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Davis Fetch Corp
743 Ross Ave.
Pittsburgh, PA 15221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,889.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Dunbar Bender & Zapf
PO Box 640076
Pittsburgh, PA 15264

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,090.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
E Advance Services, LLC
370 Lexington AVe.
Suite 801
New York, NY 10017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

$ 108,790.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____   Case number _(if known)_____
       Sajota Contracting, LLC
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address

Foundation Building Materials
PO Box 744398
Atlanta, GA 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55,493.52

---

**3.8** Nonpriority creditor's name and mailing address

Hilti Inc.
1596 Cochran Rd.
Pittsburgh, PA 15220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,856.81

---

**3.9** Nonpriority creditor's name and mailing address

Home Depot
PO Box 7032
Sioux Falls, SD 57117-7032

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,212.72

---

**3.10** Nonpriority creditor's name and mailing address

Interior Supply
481 E 11th Ave.
Columbus, OH 43211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,218.05

---

**3.11** Nonpriority creditor's name and mailing address

Internal Revenue Servcie
PO Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 940 Tax

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.71

---

Debtor ___Gajota Contracting, LLC___
   Name

Case number _(if known)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 12  **Nonpriority creditor's name and mailing address**

Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 216,666.80

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Mithell General Contracting
1845 Binkerton Road
Greensburg, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,507.81

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Ryan General Construction
355 Lincoln Highway
Suite 16
North Versailles, PA 15137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 33,500.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Sherwin Williams
646 E. Pittsburgh St.
Greensburg, PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,021.04

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 16  **Nonpriority creditor's name and mailing address**

Shiloh Services Inc
85 Mountain View Place
Irwin, PA 15642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 896.34

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Sajota Contracting, LLC
_____
Name

Case number (if known)_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17  Nonpriority creditor's name and mailing address**

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 9,035.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.18  Nonpriority creditor's name and mailing address**

Timbers Building Co
2101 Ardmore Blvd.
Pittsburgh, PA 15221

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,662.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.19  Nonpriority creditor's name and mailing address**

UPMC Health Plan
PO Box 371842
Pittsburgh, PA 15250

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance

$ 11,168.28

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.20  Nonpriority creditor's name and mailing address**

Velocity Capital Group
333 Pearsall Ave.
Suite 105
Cedarhurst, NY 11516

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 73,920.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.___  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 5 of 6

Debtor   Dakota Contracting, LLC
Name

Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 88,322.79 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 660,469.46 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 748,792.25 |

**Fill in this information to identify the case:**

Debtor name _Cajota Contracting, LLC_

United States Bankruptcy Court for the: _Western District of Pennsylvania_

Case number (If known): _____    Chapter _11_

☐ Check if this is an amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Cajota Contracting, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Richard Stumme | | Internal Revenue Servcie | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Cajota Contracting, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/16/2025___        ✖ /s/ Richard Stumme
        MM / DD / YYYY        Signature of individual signing on behalf of debtor

                            Richard Stumme
                            Printed name

                            Member
                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Cajota Contracting, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 774,725.56 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY | to | 12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,488,216.32 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY | to | 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,819,150.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From ____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From ____<br>MM / DD / YYYY | to | ____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | Cajota Contracting, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 262,852.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Richard Stumme (2024 Salary)<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ 139,803.56 | |
| 4.2. | Richard Stumme<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ 10,400.00 | |

---

Debtor     Cajota Contracting, LLC
_____
            Name

Case number (*if known*)_____

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

### Part 3:   Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | E Advance Service v. Cajota Contracting and Richard Duane Stumme | Contract | Supreme Court of NY, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>515451/2025<br>_____ | | | |
| 7.2. | Velocity Capital Group v. Cajota Contracting, Cajota Contracting GP LLC and Richard Stumme | | **Court or agency's name and address**<br>Supreme Court of Kings County New York | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>514999/2025<br>_____ | Breach of Contract | NY | |

| Debtor | Cajota Contracting, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | | |
| | **Date of order or assignment** | |
| | | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |

---

## Part 5:  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

| Debtor | Cajota Contracting, LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | David L. Fuchs (paid $10,000.00 retainer, of w | | _____ | $ 10,000.00 |
| | **Address** | | | |
| | 554 Washington Avenue First Floor Carnegie, PA 15106 | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** _____ | | | |

---

Debtor ____Cajota Contracting, LLC_____     Case number *(if known)*_____
　　　　　Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

| Debtor | Cajota Contracting, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Cajota Contracting, LLC
_____    Case number (if known)_____
Name

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Cajota Contracting, LLC
Name
         Case number (*if known*)_____

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

Debtor    Cajota Contracting, LLC
Name _____    Case number (if known) _____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____   To _____ |

---

| Debtor | Cajota Contracting, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Stephen Phillips<br>Name<br>4211 Northern Pike, Monroeville PA 15146 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Stephen Phillips<br>Name<br>4211 Northern Pike, Monroeville PA 15146 | |

Debtor    Cajota Contracting, LLC
_____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Dawn Baker, Office Manager of Cajota Contracting LLC
          _____
          Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.    _____
          Name

| Name and address |
|---|

26d.2.    _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name

Debtor   Cajota Contracting, LLC _____   Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2.  _____<br>Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Stumme | 1239 Cyan Ln., Irwin, PA 15642 | Sole Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See response to SOFA 4 _____<br>Name | _____ | _____ |  |
|  |  | _____ |  |
|  |  | _____ |  |
| Relationship to debtor<br>_____ |  | _____ |  |

Debtor    Cajota Contracting, LLC _____    Case number (*if known*)_____
         Name

| Name and address of recipient | | |
|---|---|---|
| | _____ | _____ |
| 30.2 _____ | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/16/2025
              MM / DD / YYYY

✖ /s/ Richard Stumme _____    Printed name   Richard Stumme _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name ___Cajota Contracting, LLC_____   Case number *(if known)*_____

## **Continuation Sheet for Official Form 207**

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

**Richard Stumme**                           **$53,770.60**
**(2025 Salary)**


**Richard Stumme**                           **$4,000.00**
**(2025 Distribution)**


**17) Pension Contributions**

**401k Adminstered by**
**Dunbar Bender & Zapf**

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Cajota Contracting, LLC                                                           11
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Richard Stumme<br>1239 Cyan Ln., Irwin, PA 15642 | 100 | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Cajota Contracting, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____05/16/2025_____

/s/ Richard Stumme
_____
Signature of Individual signing on behalf of debtor

Member
_____
Position or relationship to debtor

Ally Financial
Payment Processing Center
PO Box 9001951
Louisville, KY 40290


Capital One
PO Box 71083
Charlotte, NC 28272


Color Palette
290 S. Euclid Ave
Pittsburgh, PA 15206


Commonwealth of PA Department of Labor and In
651 Boss Street
Harrisburg, PA 17121


Cromwell Capital LLC
398 E. Dania Beach Blvd
Dania, FL 33004


Davis Fetch Corp
743 Ross Ave.
Pittsburgh, PA 15221


Dunbar Bender & Zapf
PO Box 640076
Pittsburgh, PA 15264


E Advance Services, LLC
370 Lexington AVe.
Suite 801
New York, NY 10017


Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257


Foundation Building Materials
PO Box 744398
Atlanta, GA 30374


Hilti Inc.
1596 Cochran Rd.
Pittsburgh, PA 15220


Home Depot
PO Box 7032
Sioux Falls, SD 57117-7032


Interior Supply
481 E 11th Ave.
Columbus, OH 43211


Internal Revenue Servcie
PO Box 7346
Philadelphia, PA 19101-7346


Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020


Mithell General Contracting
1845 Binkerton Road
Greensburg, PA 15601


Pennsylvania Department of Revenue
Po Box 280406
Harrisburg, PA 17128


Richard Stumme


Richard Stumme
1239 Cyan Ln.
Irwin
PA 15642


Ryan General Construction
355 Lincoln Highway
Suite 16
North Versailles, PA 15137


Sherwin Williams
646 E. Pittsburgh St.
Greensburg, PA 15601


Shiloh Services Inc
85 Mountain View Place
Irwin, PA 15642


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Timbers Building Co
2101 Ardmore Blvd.
Pittsburgh, PA 15221

UPMC Health Plan
PO Box 371842
Pittsburgh, PA 15250


Velocity Capital Group
333 Pearsall Ave.
Suite 105
Cedarhurst, NY 11516

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Pennsylvania

**In re**  Cajota Contracting, LLC

Case No. _____

**Debtor**

Chapter ¹¹

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)



d.   [Other provisions as needed]

a. Analysis of the debtor's financial situation and rendering advise to the debtor regarding whether to file a petition in bankruptcy;

b. Preparation and filing of the petition, schedules, statement of financial affairs and plan which may be required;

c. Representation of the debtor at meetings of creditors, conciliations and other related hearings; and

d. Negotiations with creditors, exemption planning, preparation and filing of reaffirmation agreements and applications as needed and filing of other appropriate motions.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 Representation of the debtor in any dischargeability action, judicial lien avoidance, relief from stay action or other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/16/2025

*Date*

/s/ David Fuchs, 205694

*Signature of Attorney*

Fuchs Law Office, LLC

*Name of law firm*

554 Washington Avenue
Carnegie, PA 15106

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Pennsylvania
                                    State

Case number (*If known*): _____

Official Form 121

# Statement About Your Social Security Numbers                    12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Identification Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Part 1: | Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You |
| --- | --- |

|  | For Debtor 1: | For Debtor 2 (Only If Spouse Is Filing): |
| --- | --- | --- |
| **1. Your name** | First name | First name |
|  | Middle name | Middle name |
|  | Last name | Last name |

| Part 2: | Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers |
| --- | --- |

| **2. All Social Security Numbers you have used** | ☒ You do not have a Social Security number. | ☐ You do not have a Social Security number. |
| --- | --- | --- |

| **3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used** | ☒ You do not have an ITIN. | ☐ You do not have an ITIN. |
| --- | --- | --- |

| Part 3: | Sign Below |
| --- | --- |

|  | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. | Under penalty of perjury, I declare that the information I have provided in this form is true and correct. |
| --- | --- | --- |
|  | ✗ /s/ _____ | ✗ _____ |
|  | Signature of Debtor 1 | Signature of Debtor 2 |
|  | Date 05/16/2025 | Date _____ |
|  | MM / DD / YYYY | MM / DD / YYYY |

Official Form 121                              **Statement About Your Social Security Numbers**